IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **G & G Closed Circuit Events, LLC,** | : |
| | : Case No. 2:22-cv-02186-KM-ESK |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : **ORDER GRANTING MOTION FOR** |
| **Mezcal Kitchen LLC d/b/a Mezcal** | : **JUDGMENT BY DEFAULT AS TO** |
| **Kitchen Mexican Restaurant & Bar;** | : **DEFENDANTS** |
| **Roberto Islas** | : |
| | : |
| **Defendants** | : |

Default having been entered in this action on or about July 29, 2022 against Defendants Mezcal Kitchen LLC d/b/a Mezcal Kitchen Mexican Restaurant & Bar; and Roberto Islas (hereinafter "Defendants") and the Plaintiff's Motion for the Entry of Default Judgment and documentation in support thereof having been filed on or about August 25, 2022, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been satisfied, now therefore

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants Mezcal Kitchen LLC d/b/a Mezcal Kitchen Mexican Restaurant & Bar and Roberto Islas, jointly and severally, and in favor of G & G Closed Circuit Events, LLC for violations of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in the amounts of $2,625.00 and $9,000.00, respectively, plus costs and attorney's fees, as well as, interest pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that Plaintiff is awarded reasonable attorneys' fees and costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) of an amount to be determined upon separate application within 30 days of the notice of entry hereof which shall be taxed and added to the judgment entered in this action.

/s/ Kevin McNulty
Honorable Kevin McNulty, U.S.D.J.
Date: December 23, 2022